DATE: 3/12/2008         CASE NUMBER: 08-15440M-SD         [ CLOSED ]

USA vs. Justino Ruiz-Lopez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney  Bret Alexander            INTERPRETER  Marcia Resler
                                           LANGUAGE  Spanish
Attorney for Defendant  Matthew Johnson (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA____
☐ Financial Afdvt taken          ☐ Initial Appearance            ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                   ☐ Defendant Sworn               ☐ Financial Afdvt sealed
                                 ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                   in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found    ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING: re: Plea and Sentence**
☒ Held  ☐ Con't  ☐ Reset

Set for:
Before:

---

Other: This Court was unable to locate a Chatino Interpreter. Government moves for dismissal of complaint. Defense has no objections. Court grants motion and dismisses case without prejudice. Case is closed.

cc: USM/PTS/BP/AFPD at

Recorded by Courtsmart (1 min)
BY: Angela J. Tuohy
Deputy Clerk

UNITED STATES DISTRICT COURT     MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Yuma

DATE: 3/11/2008     CASE NUMBER: 08-15440M-001

USA vs. Justino Ruiz-Lopez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN    #: 70BK

A.U.S. Attorney _____     INTERPRETER Marcia Resler
    LANGUAGE Spanish

Attorney for Defendant Matthew Johnson (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT    ☐ NOT PRESENT    ☒ CUSTODY

DOA 3/10/08     ☒ Initial Appearance     ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken     ☒ Defendant Sworn     ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)     ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
    ☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Plea and Sentence
☐ Held ☐ Con't ☐ Reset

Set for: 3/12/08 at 9:30 a.m.
Before: Magistrate Judge Irwin

Other: Defense counsel advises the Court that the defendant is in need of a "Chatino" interpreter. The Court continues this matter so that arrangements can be made.

Recorded by Courtsmart (2 Min)
BY: Jocelyn M. Arviso
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Justino RUIZ-Lopez
Citizen of Mexico
YOB: 1987
088764628
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08 - 15440M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about March 1, 2005, near Andrade, California in the Southern District of California, Defendant Justino RUIZ-Lopez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.  ☒ Yes  ☐ No

Signature of Complainant
Joseluis Reynoso
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

March 11, 2008                                at                    Yuma, Arizona
Date                                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Justino RUIZ-Lopez

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended two times by the U.S. Border Patrol.

**CRIMINAL HISTORY:** NONE FOUND

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on March 1, 2005.

Charges: 8 USC§1325                    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____March 11, 2008_____
Date

_____
Signature of Judicial Officer